**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6945**

---

LARRY E. PATTERSON,

                              Petitioner - Appellant,

        versus

RONALD J. ANGELONE,

                              Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge. (CA-99-430)

---

Submitted:  September 30, 1999          Decided:  October 8, 1999

---

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Larry E. Patterson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry E. Patterson appeals the district courts order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Patterson's motion for a certificate of appealability, deny in forma pauperis status, and dismiss the appeal on the reasoning of the district court. See Patterson v. Angelone, No. CA-99-430 (E.D. Va. June 16, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2